B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PennHill Farms, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**84-1450231** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10003 Delbert Road**<br>**Parker, CO**<br>ZIP Code **80138-7817** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Douglas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 868**<br>**Franktown, CO**<br>ZIP Code **80116** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee (Check one box)**

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                     Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PennHill Farms, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____

         (Name of landlord that obtained judgment)

         _____

         (Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Page 3

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PennHill Farms, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Lee M. Kutner 10966**
Printed Name of Attorney for Debtor(s)

**Kutner Brinen Garber, P.C.**
Firm Name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**

_____
Address

**303-832-2400 Fax: 303-832-1510**
Telephone Number

**September 2, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Susan Pohlod**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**September 2, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

*(Check only one box.)*

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### District of Colorado

In re  **PennHill Farms, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 2, 2014**

_signature_

**Susan Pohlod/Vice President**
Signer/Title

A.M. Leonard Company
P.O. Box 816
Piqua, OH 45356


ADP, Inc.
504 Clinton Center Drive
Suite 4400
Clinton, MS 39056-5610


Anthem Blue Cross Blue Shield
P.O. Box 541013
Los Angeles, CA 90054-1013


Arrowhead Ornamentals
P.O. Box 157
Hubbard, OR 97032


AT&T Mobility
P.O. Bxo 6463
Carol Stream, IL 60197


Automated Fueling, Inc.
515 Montgomery Avenue
Suite 104
New Castle, PA 16102


Big O Tire
10431 Parkglenn Way
Parker, CO 80138


Campos Enterprises
2021 North Jefferson Street
Apt. 15
Hobbs, NM 88240-3026


Capital One, F.S.B.
P.O. Box 60599
City of Industry, CA 91716-0599

Central Ohio Bag & Burlap
P.O. Box 83052
Columbus, OH 43203

Century Link
P.O. Box 29040
Phoenix, AZ 85038-9040

Certified Labs Divison of NCH Corp.
23261 Network Place
Chicago, IL 60673

Cherry Creek Water User
c/o Stan Wallden
11422 East Hill Top Road
Parker, CO 80134

Cintas FAS
Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263-6525

Citi Bank Driver Edge
P.O. Box 6401
The Lakes, NV 88901-6001

Citibank Driver Edge
P.O. Box 6401
The Lakes, NV 88901-6001

Citiwide Banks/Loans
P.O. Box 128
Aurora, CO 80040

Colorado Conifers
17249 6250 Road
Montrose, CO 81403

Colorado Department of Revenue
Department A
Denver, CO 80243


Country Lodge
1624 East Main
Montrose, CO 81401


Dayton Bag & Burlap Co.
Department 781759
P.O. Box 78000
Detroit, MI 48278-1759


DBC Irrigation Supply
18810 Longs Way
Parker, CO 80134


Deep Rock
P.O. Box 660579
Dallas, TX 75266-0579


Direct Link
43217 London Drive
Parker, CO 80138-4724


Douglas Clerk and Recorder
P.O. Box 5407
Denver, CO 80217-5407


Drexler Transportation, Inc.
P.O. Box 40
Rye, CO 81069


Duncan Trucking, Inc.
7403 NW Lakeshore Avenue
Vancouver, WA 98665

Dunlap Enterprises
P.O. Box 118
Blue Mound, IL 62513


Dutchman Industries
3735 Sideline
16 North Brougham
Ontario, Canada


Forest Lawn Nursery, LLC
11 Old Bishop Road
Jonesburg, MO 63351


Frontier Mastercard
Card Services
P.O. Bxo 13337
Philadelphia, PA 19101-3337


Haulaway Storage Containers, Inc.
P.O. Box 206
Stanton, CA 90680-0206


Hill Comp
9600 East Arapahoe Road
Suite 205
Greenwood Village, CO 80112


Hill Petroleum
6301 West 58th Avenue
Arvada, CO 80002


Home Depot
P.O. Box 6031
The Lakes, NV 88901-6031


Jewell Insurance Associates
8480 East Orchard Road
Suite 5500
Greenwood Village, CO 80111

John Holmlund Nursery, LLC
P.O. Box 5700
M/S 46
Portland, OR 97208-5700


Kenneth Tanner
790 Spring Creek
#19
Montrose, CO 81403


Kubota Credit Corporation
P.O. Box 0559
Carol Stream, IL 60132


Larry Cooper
6249 5800 Road
Olathe, CO 81425


Lightning Kwik Print, Inc.
3856 West 73rd Avenue
Westminster, CO 80030


McHutchison, LLC
P.O. Box 92170
Elk Grove Village, IL 60009


Mountain High Tree Service & Lawn Care
5717 West 11th Avenue
Denver, CO 80214


NAPA
The Rock Parts Co.
1133 Caprice Drive
Castle Rock, CO 80109


Nomina Nurseries
20509 Weld County Road 3
Berthoud, CO 80513

Office Depot
P.O. Box 9020
Des Moines, IA 50368-9020


Parker Port-A-Potty
P.O. Box 340
Elizabeth, CO 80107


Pinnacol Assurance
P.O. Box 561434
Denver, CO 80256-1434


Prairie Acres Tree Farm
3860 Bordeaux Drive
Hoffman Estates, IL 60192


R&H Nursery, Inc.
34826 SE Carpenter Lane
Gresham, OR 97080


Robert M. Pohlod
10003 Delbert Road
Parker, CO 80138


Robinson Nursery
P.O. Box 100
Amity, OR 97101


Sanders Nursery, Inc.
13302A East 590 Road
Inola, OK 74036


Suburban Propane-1202
P.O. Box 12068
Fresno, CA 93776-2068

Tanglewood Nurseries, LLC
6121 East Harmony Road
Fort Collins, CO 80528


The Huntington National Bank
P.O. Box 182232
Columbus, OH 43218-2232


The Tree Farm
11868 Mineral Road
Longmont, CO 80501


The Tree House
12110 6530 Road
Montrose, CO 81401


Thunder Transportation, LLC
17360 Dove Circle
Fort Lupton, CO 80621


Total Quality Logistics, LLC
P.O. Box 799
Milford, OH 45150


Universal Tractor
815 Wadsworth Blvd.
Denver, CO 80214


Valero Marketing & Supply Co.
P.O. Box 300
Amarillo, TX 79105


Valley Crest
8888 Motsenbocker Road
Parker, CO 80134

Verizon
P.O. Box 9622
Mission Hills, CA 91346-9622


Wandell's Nursery
1898 County Road 1700 North
Urbana, IL 61801-9802


Windsor Tree Farm
6801 Larimer County Road 1
Windsor, CO 80550


World Business Lenders, LLC
120 West 45th Street
New York, NY 10036


XPO Logistics
75 Remittance Drive
Suite 1379
Chicago, IL 60675-1379