B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re  **PennHill Farms, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Tree House<br>12110 6530 Road<br>Montrose, CO 81401 | Bob Goodhue<br>The Tree House<br>12110 6530 Road<br>Montrose, CO 81401<br>(970) 209-0218 | | | 142,320.50 |
| Sanders Nursery, Inc.<br>13302A East 590 Road<br>Inola, OK 74036 | Bill Whaller<br>Sanders Nursery, Inc.<br>13302A East 590 Road<br>Inola, OK 74036<br>(918) 543-8000 | | | 28,487.90 |
| Automated Fueling, Inc.<br>515 Montgomery Avenue<br>Suite 104<br>New Castle, PA 16102 | Gary<br>Automated Fueling, Inc.<br>515 Montgomery Avenue<br>Suite 104<br>New Castle, PA 16102<br>(724) 657-8886 | | | 28,182.63 |
| XPO Logistics<br>75 Remittance Drive<br>Suite 1379<br>Chicago, IL 60675-1379 | XPO Logistics<br>75 Remittance Drive<br>Suite 1379<br>Chicago, IL 60675-1379 | | | 27,900.00 |
| Kubota Credit Corporation<br>P.O. Box 0559<br>Carol Stream, IL 60132 | Kubota Credit Corporation<br>P.O. Box 0559<br>Carol Stream, IL 60132<br>(888) 465-8268 | | | 21,401.13 |
| John Holmlund Nursery, LLC<br>P.O. Box 5700<br>M/S 46<br>Portland, OR 97208-5700 | Jerry (shipping)<br>John Holmlund Nursery, LLC<br>P.O. Box 5700<br>M/S 46<br>Portland, OR 97208-5700<br>(800) 643-6650 | | | 20,645.35 |
| Arrowhead Ornamentals<br>P.O. Box 157<br>Hubbard, OR 97032 | Mike Coleman<br>Arrowhead Ornamentals<br>P.O. Box 157<br>Hubbard, OR 97032<br>(503) 651-2040 | | | 19,017.28 |

B4 (Official Form 4) (12/07) - Cont.

In re **PennHill Farms, Inc.** / Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tanglewood Nurseries, LLC<br>6121 East Harmony Road<br>Fort Collins, CO 80528 | Stacy<br>Tanglewood Nurseries, LLC<br>6121 East Harmony Road<br>Fort Collins, CO 80528<br>(970) 567-1508 | | | 17,117.00 |
| Robinson Nursery<br>P.O. Box 100<br>Amity, OR 97101 | Cynda/Roxanne<br>Robinson Nursery<br>P.O. Box 100<br>Amity, OR 97101<br>(503) 835-4533 | | | 15,630.50 |
| Anthem Blue Cross Blue Shield<br>P.O. Box 541013<br>Los Angeles, CA 90054-1013 | Eric Thorne<br>Anthem Blue Cross Blue Shield<br>P.O. Box 541013<br>Los Angeles, CA 90054-1013<br>(303) 335-7562 | | | 11,923.69 |
| Forest Lawn Nursery, LLC<br>11 Old Bishop Road<br>Jonesburg, MO 63351 | Karl Lenzenhuber, President<br>Forest Lawn Nursery, LLC<br>11 Old Bishop Road<br>Jonesburg, MO 63351<br>(363) 488-3334 | | | 11,045.00 |
| Wandell's Nursery<br>1898 County Road 1700 North<br>Urbana, IL 61801-9802 | Roger Purcel<br>Wandell's Nursery<br>1898 County Road 1700 North<br>Urbana, IL 61801-9802<br>(800) 662-0233 | | | 10,634.00 |
| Robert M. Pohlod<br>10003 Delbert Road<br>Parker, CO 80138 | Robert M. Pohlod<br>10003 Delbert Road<br>Parker, CO 80138<br>(303) 840-6310 | | | 10,000.00 |
| Jewell Insurance Associates<br>8480 East Orchard Road<br>Suite 5500<br>Greenwood Village, CO 80111 | David Jewell<br>Jewell Insurance Associates<br>8480 East Orchard Road<br>Suite 5500<br>Greenwood Village, CO 80111<br>(303) 740-8101 | | | 9,650.81 |
| Citiwide Banks/Loans<br>P.O. Box 128<br>Aurora, CO 80040 | Marc Hendrikson<br>Citiwide Banks/Loans<br>P.O. Box 128<br>Aurora, CO 80040<br>(303) 365-4023 | | | 8,538.40 |
| Dayton Bag & Burlap Co.<br>Department 781759<br>P.O. Box 78000<br>Detroit, MI 48278-1759 | Bob<br>Dayton Bag & Burlap Co.<br>Department 781759<br>P.O. Box 78000<br>Detroit, MI 48278-1759<br>(800) 543-3400, ext. 113 | | | 8,400.52 |

B4 (Official Form 4) (12/07) - Cont.

In re **PennHill Farms, Inc.**
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dunlap Enterprises<br>P.O. Box 118<br>Blue Mound, IL 62513 | Scott Dunlap<br>Dunlap Enterprises<br>P.O. Box 118<br>Blue Mound, IL 62513<br>(217) 692-2915 | | | 6,815.00 |
| Larry Cooper<br>6249 5800 Road<br>Olathe, CO 81425 | Larry Cooper<br>6249 5800 Road<br>Olathe, CO 81425<br>(970) 209-9337 | | | 6,592.00 |
| Central Ohio Bag & Burlap<br>P.O. Box 83062<br>Columbus, OH 43203 | Bill Stout<br>Central Ohio Bag & Burlap<br>P.O. Box 83062<br>Columbus, OH 43203<br>(800) 798-9405 | | | 6,000.00 |
| Colorado Department of Revenue<br>Department A<br>Denver, CO 80243 | Colorado Department of Revenue<br>Department A<br>Denver, CO 80243 | | | 5,814.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 2, 2014**        Signature  _Susan C. Pohlod_
                                             Susan Pohlod
                                             **Vice President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.